UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINCARE, INC.,

Plaintiff,

v. CASE NO: 8:07-cv-00786-T-23MSS

JAMES DOYLE, et al.,

Defendants.
_____________________________________/

**ORDER**

The defendants move to (Doc. 23) transfer this action to the District of Rhode Island pursuant to 28 U.S.C. § 1404(a). The plaintiff opposes the motion.* Consideration of the convenience of the witnesses and parties, location of the sources of proof, locus of operative facts, and trial efficiency and the interests of justice governs transfer under section 1404(a). See Manuel v. Convergys Corp., 430 F.3d 1132, 1135 n.1 (11th Cir. 2005).

The defendant James Doyle resides in Rhode Island. The principal place of business of defendant Doyle Respiratory, LLC, is Rhode Island. Most of the likely witnesses reside in Rhode Island, Massachusetts, or Connecticut. Much of the proof is located in Rhode Island and Massachusetts. The acts that form the basis of the plaintiff's claims allegedly occurred in Rhode Island and Massachusetts. Both efficiency and justice require transfer to Rhode Island. The defendants' motion to transfer (Doc. 23) is

---

* In response to the motion to transfer (Doc. 37), the plaintiff elects to forbear reliance on or mention of paragraph 8 of the employment agreement (Doc. 37, Ex. A ¶ 8).

**GRANTED** and the Clerk shall (1) transfer this case to the District of Rhode Island and (2) close the case.

ORDERED in Tampa, Florida, on November 21, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE