CA 07 434 ML

**U.S. District Court**
**Middle District of Florida (Tampa)**
**CIVIL DOCKET FOR CASE #: 8:07-cv-00786-SDM-MSS**
**Internal Use Only**

Lincare, Inc. v. Doyle et al
Assigned to: Judge Steven D. Merryday
Referred to: Magistrate Judge Mary S. Scriven
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 05/07/2007
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Lincare, Inc.**
*a Delaware corporation*

represented by

**John A. Anthony**
GrayRobinson, PA
201 N Franklin St - Ste 2200
PO Box 3324
Tampa, FL 33601-3324
813/273-5066
Fax: 813/273-5145
Email: janthony@gray-robinson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Keller**
GrayRobinson, PA
201 N Franklin St - Ste 2200
PO Box 3324
Tampa, FL 33601-3324
813/273-5029
Email: kkeller@gray-robinson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson L. Lazzara**
GrayRobinson, PA
201 N Franklin St - Ste 2200
PO Box 3324
Tampa, FL 33601-3324
813/273-5000
Email: alazzara@gray-robinson.com
*ATTORNEY TO BE NOTICED*

**William A. Gillen, Jr.**
GrayRobinson, PA
201 N Franklin St - Ste 2200
PO Box 3324
Tampa, FL 33601-3324

813/273-5000, ext 5084
Fax: 813/273-5145
Email: wgillen@gray-robinson.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**James Doyle** represented by **Thomas T. Steele**
Steele, Watson & Benner, P.A.
201 East Kennedy Boulevard, Suite 425

Tampa, FL 33601
813/223-2060
Fax: 813-223-2065
Email: tsteele@steelelawgroup.com
*TERMINATED: 10/26/2007*
*LEAD ATTORNEY*

**Defendant**

**Doyle Respiratory, LLC** represented by **Thomas T. Steele**
(See above for address)
*TERMINATED: 10/26/2007*
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/07/2007 | 1 | COMPLAINT against James Doyle, Doyle Respiratory, LLC (Filing fee $ 350 receipt number T041453) filed by Lincare, Inc.. (Attachments: # 1 Exhibit A, part 1# 2 Exhibit A, part 2# 3 Exhibit A, part 3# 4 Exhibit A, part 4# 5 Exhibit A, part 5# 6 Exhibit A, part 6# 7 Exhibit B# 8 Exhibit C)(CH) (Entered: 05/07/2007) |
| 05/07/2007 | 2 | Summons issued as to James Doyle, Doyle Respiratory, LLC. (CH) (Entered: 05/07/2007) |
| 05/08/2007 | 3 | NOTICE of designation under Local Rule 3.05 - track 2. Signed by Deputy Clerk on 5/8/2007. (maa) (Entered: 05/08/2007) |
| 05/24/2007 | 4 | PROOF of service by Lincare, Inc. (Keller, Kelly) Modified on 5/25/2007 (CH). NOTE: DOCUMENT TERMINATED, WRONG EVENT CODE USED, ATTORNEY NOTIFIED TO REFILE (Entered: 05/24/2007) |
| 05/25/2007 | 5 | RETURN of service executed on May 15, 2007 by Lincare, Inc. as to James Doyle, Doyle Respiratory, LLC. (Keller, Kelly) (Entered: 05/25/2007) |
| 06/11/2007 | 6 | STIPULATION *between Plaintiff and Defendants, filed* by Lincare, Inc.. (Keller, Kelly) Modified on 6/12/2007 (CH). NOTE: DOCUMENT |

| | | |
|---|---|---|
| | | TERMINATED AT CHAMBERS REQUEST, ATTORNEY NOTIFIED TO REFILE AS A MOTION (Entered: 06/11/2007) |
| 06/12/2007 | 7 | NOTICE of Appearance by Thomas T. Steele on behalf of James Doyle, Doyle Respiratory, LLC (Steele, Thomas) (Entered: 06/12/2007) |
| 06/12/2007 | 8 | Unopposed MOTION for Extension of Time to File Response/Reply as to 1 Complaint, by James Doyle, Doyle Respiratory, LLC. (Steele, Thomas) Motions referred to Magistrate Judge Mary S. Scriven. (Entered: 06/12/2007) |
| 06/13/2007 | 9 | ENDORSED ORDER granting 8 defendant's unopposed motion for enlargement of time for filing answer and affirmative defenses re 8 Unopposed MOTION enlargement of time for filing answer and affirmative defenses to 1 Complaint. Responses due by **6/29/2007**. Signed by Judge Steven D. Merryday on 6/13/2007. (maa) (Entered: 06/13/2007) |
| 06/29/2007 | 10 | Unopposed MOTION for Extension of Time to File Response/Reply as to 1 Complaint, by James Doyle, Doyle Respiratory, LLC. (Steele, Thomas) Motions referred to Magistrate Judge Mary S. Scriven. (Entered: 06/29/2007) |
| 07/03/2007 | 11 | ENDORSED ORDER granting 10 --motion for extension of time to respond to the complaint. Response due 7/6/2007. Signed by Judge Steven D. Merryday on 7/3/2007. (BK) (Entered: 07/03/2007) |
| 07/09/2007 | 12 | Unopposed MOTION for Extension of Time to File Response/Reply by all defendants. (Steele, Thomas) Motions referred to Magistrate Judge Mary S. Scriven. (Entered: 07/09/2007) |
| 07/11/2007 | 13 | ENDORSED ORDER granting 12 --motion to extend to 7/11/2007 the time within which to respond to the complaint. Signed by Judge Steven D. Merryday on 7/11/2007. (BK) (Entered: 07/11/2007) |
| 07/16/2007 | 14 | Unopposed MOTION for Extension of Time to File Response/Reply as to 1 Complaint, by all defendants. (Steele, Thomas) Motions referred to Magistrate Judge Mary S. Scriven. (Entered: 07/16/2007) |
| 07/19/2007 | 15 | Unopposed MOTION for Extension of Time to File Response/Reply as to 1 Complaint, by all defendants. (Steele, Thomas) Motions referred to Magistrate Judge Mary S. Scriven. (Entered: 07/19/2007) |
| 07/23/2007 | 16 | ENDORSED ORDER granting 15 --unopposed motion to extend to 7/24/2007 the time within which to respond to 1 --complaint and file motions as to personal jurisdiction and venue. Signed by Judge Steven D. Merryday on 7/23/2007. (BK) (Entered: 07/23/2007) |
| 07/24/2007 | 17 | Unopposed MOTION for Extension of Time to File Response/Reply as to 1 Complaint, by all defendants. (Steele, Thomas) Motions referred to Magistrate Judge Mary S. Scriven. (Entered: 07/24/2007) |
| 07/24/2007 | 18 | Amended MOTION for Extension of Time to File Response/Reply as to 1 Complaint, by all defendants. (Steele, Thomas) Motions referred to |

| | | |
|---|---|---|
| | | Magistrate Judge Mary S. Scriven. (Entered: 07/24/2007) |
| 07/26/2007 | 19 | ORDER granting 18 --motion to extend to 7/30/2007 the time within which to respond to the complaint. **NO FURTHER EXTENSION WILL BE GRANTED**. Signed by Judge Steven D. Merryday on 7/26/2007. (BK) (Entered: 07/26/2007) |
| 07/30/2007 | 20 | NOTICE by James Doyle (Steele, Thomas) (Entered: 07/31/2007) |
| 07/31/2007 | 21 | AFFIDAVIT by James Doyle. (Steele, Thomas) Modified on 8/1/2007 (CH). NOTE: NOT LINKED TO ANOTHER DOCUMENT IT SUPPORTS, ATTORNEY TO REFILE (Entered: 07/31/2007) |
| 07/31/2007 | 22 | MOTION to Dismiss for Lack of Jurisdiction by James Doyle. (Steele, Thomas) (Entered: 07/31/2007) |
| 07/31/2007 | 23 | MOTION to transfer case by James Doyle. (Steele, Thomas) (Entered: 07/31/2007) |
| 07/31/2007 | 24 | CERTIFICATE of compliance by James Doyle. (Steele, Thomas) (Entered: 07/31/2007) |
| 07/31/2007 | 25 | REQUEST for oral argument re: 22 motion and 23 motion by James Doyle. (Steele, Thomas) Modified on 8/1/2007 (CH). (Entered: 07/31/2007) |
| 08/01/2007 | 26 | AFFIDAVIT of James Doyle re: 22 MOTION to Dismiss for Lack of Jurisdiction, 23 MOTION to transfer case *In support of motions* by James Doyle. (Steele, Thomas) (Entered: 08/01/2007) |
| 08/10/2007 | 27 | Unopposed MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Dismiss for Lack of Jurisdiction, 23 MOTION to transfer case by Lincare, Inc.. (Lazzara, Allyson) Motions referred to Magistrate Judge Mary S. Scriven. (Entered: 08/10/2007) |
| 08/13/2007 | 28 | ENDORSED ORDER granting 27 Unopposed Motion for Extension of Time to File Response re 23 MOTION to transfer case, 22 MOTION to Dismiss for Lack of Jurisdiction. Responses due by **9/7/2007**. Signed by Judge Steven D. Merryday on 8/13/2007. (maa) (Entered: 08/13/2007) |
| 09/06/2007 | 29 | Unopposed MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Dismiss for Lack of Jurisdiction, 23 MOTION to transfer case, 28 Order on Motion for Extension of Time to File Response/Reply, by Lincare, Inc.. (Lazzara, Allyson) Motions referred to Magistrate Judge Mary S. Scriven. (Entered: 09/06/2007) |
| 09/07/2007 | 30 | ENDORSED ORDER granting 29 Motion for Extension of Time to File Response/Reply re 29 Unopposed MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Dismiss for Lack of Jurisdiction, 23 MOTION to transfer case, 28 Order on Motion for Extension of Time to File Response/Reply,Unopposed MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Dismiss for Lack of Jurisdiction, 23 MOTION to transfer case, 28 Order on Motion for Extension of Time to File Response/Reply - Response to the |

| | | |
|---|---|---|
| | | motions due by **10/10/2007** - Case management meeting deadline: **10/10/2007** - Case Management Report filing deadline: **10/24/2007**. Signed by Judge Steven D. Merryday on 9/7/2007. (maa) (Entered: 09/07/2007) |
| 10/10/2007 | 31 | NOTICE of Appearance by William A. Gillen, Jr on behalf of Lincare, Inc. (Gillen, William) (Entered: 10/10/2007) |
| 10/10/2007 | 32 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendants' Dispositive Motion to Dismiss for Lack of Personal Jurisdiction and Defendants' Dispositive Motion to Transfer Venue and for the Parties to Meet and Prepare Case Management Report* by Lincare, Inc.. (Gillen, William) Motions referred to Magistrate Judge Mary S. Scriven. (Entered: 10/10/2007) |
| 10/11/2007 | 33 | ENDORSED ORDER granting 32 --motion to extend to 10/31/2007 the time within which to respond to 22 --motion to dismiss and 23 --motion to transfer case. Case Management Report due 11/14/2007. Signed by Judge Steven D. Merryday on 10/11/2007. (BK) (Entered: 10/11/2007) |
| 10/25/2007 | 34 | MOTION for Thomas T. Steele to withdraw as attorney *for Defendants James Doyle and Doyle Respiratory, LLC* by Thomas T. Steele. (Steele, Thomas) (Entered: 10/25/2007) |
| 10/26/2007 | 35 | ORDER granting 34 --motion by Thomas T. Steele to withdraw as counsel for the defendants. **Doyle Respiratory, LLC** must have replacement counsel file a notice of appearance by 11/16/2007. Signed by Judge Steven D. Merryday on 10/26/2007. (BK) (Entered: 10/26/2007) |
| 10/31/2007 | 36 | RESPONSE in opposition re 22 MOTION to Dismiss for Lack of Jurisdiction filed by Lincare, Inc.. (Attachments: # 1 # 2)(Gillen, William) (Entered: 10/31/2007) |
| 10/31/2007 | 37 | RESPONSE in opposition re 23 MOTION to transfer case filed by Lincare, Inc.. (Attachments: # 1 # 2)(Gillen, William) (Entered: 10/31/2007) |
| 10/31/2007 | 38 | REQUEST for oral argument by Lincare, Inc.. (Gillen, William) (Entered: 10/31/2007) |
| 11/07/2007 | 39 | NOTICE by Lincare, Inc. *Request for Removal from Service of Notices and Documents* (Gillen, William) Modified on 11/8/2007 (CH). NOTE: DOCUMENT TERMINATED, ATTORNEY NOTIFIED TO REFILE AS A MOTION (Entered: 11/07/2007) |
| 11/14/2007 | 40 | Joint MOTION to extend time to for Parties to Meet and Prepare a Case Management Report by Lincare, Inc.. (Gillen, William) (Entered: 11/14/2007) |
| 11/15/2007 | 41 | ENDORSED ORDER denying 38 --request for oral argument by Lincare, Inc. Signed by Judge Steven D. Merryday on 11/15/2007. (BK) (Entered: 11/15/2007) |
| 11/16/2007 | 42 | ENDORSED ORDER granting 40 --motion to extend to 12/14/2007 the |

Case 1:07-cv-00434-ML-LDA Document 1-2 Filed 12/03/2007 Page 6 of 6

| | | |
|---|---|---|
| | | time within which to meet and prepare case management report. Signed by Judge Steven D. Merryday on 11/16/2007. (BK) (Entered: 11/16/2007) |
| 11/20/2007 | 43 | MOTION Motion for Removal from Service of Notices and Documents by Lincare, Inc.. (Gillen, William) (Entered: 11/20/2007) |
| 11/21/2007 | 44 | ORDER granting 23 --motion to transfer case. This action is transferred to the District of Rhode Island. The Clerk shall CLOSE the case. Signed by Judge Steven D. Merryday on 11/21/2007. (BK) (Entered: 11/21/2007) |

I certify the foregoing to be a true
and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: ____________
Deputy Clerk