PATIENT INFORMATION



# The Respiratory Consumer: Taking Charge of Your Health

**Health care consumers who ask the right questions and are active in making decisions save money and improve the quality of care they receive. But knowing the right questions to ask can be difficult in today's complex health care system.**

**This page discusses different types of oxygen systems that are available and what questions to ask when looking for the system that best serves your needs.**

Only patients with blood oxygen levels below critical levels will benefit from home oxygen. This means that some determination of arterial oxygen level must be made by the prescribing physician before oxygen can be rationally prescribed.

## Types of Oxygen Systems Available to You

**Concentrators**
About the size of a window air-conditioner, these devices run by electricity and do not need to be refilled. They effectively concentrate the oxygen already existing in the room air by eliminating the nitrogen component.

- Suitable for low-flow prescriptions (not exceeding 4-5 liters per minute)
- Dependable
- Easy to operate
- Requires regular service checks

**Liquid Systems**
A thermos-like tank (about 40" tall) filled with liquid oxygen. When oxygen is liquid, 860 times as much oxygen can be stored in the same amount of space, at much lower pressure, than in high pressure tanks. The liquid oxygen is converted to gaseous oxygen within the reservoir for breathing. A smaller

lightweight portable unit can be filled off the reservoir so you can take the oxygen with you when you leave home. Liquid oxygen is especially good for active people who need to be out of the home on a frequent basis.

Liquid systems are:

- Suitable for frequently mobile patients, and/or high-flow need patients (above 4-5 liters per minute)
- No electrical costs to patient
- Regular refills necessary

**High Pressure Tanks**
Available in various sizes, gaseous oxygen is pressurized and placed in steel or aluminum cylinders, then released through a regulator.

- Suitable for low oxygen usage (such as for emergency or occasional use, occasional portability)
- Can be stored for long periods of time
- Careful storage is important so that the cylinder cannot fall over

## Questions to Ask

Discuss with your doctor what kinds of activities are best for you. To what extent can you go out from home? By knowing what activities you can do, the doctor can decide whether a stationary or portable oxygen system is best for you.

Some tips about services you may require:

- Select a supplier that gives you 24-hour service without additional charges.
- If traveling is something you are able to do, look for a company with multiple locations. They should be able to assist you in getting oxygen outside of your normal service area.
- Make sure the supplier can provide clear, written instructions regarding your use of the equipment. Do they have trained representatives to instruct you and to demonstrate the equipment when it is delivered?
- Ask for a complete breakdown of costs and verification of what your Medicare or insurance will cover. Make sure the supplier takes Medicare "assignment" (accepts what Medicare pays for services). After you have paid your yearly deductible, Medicare will pay 80%. All oxygen suppliers in the region get paid the same amount for the same prescription.
- Does the supplier have a clinician on staff to assist you

if needed? Do they have a follow-up program that the doctor can order?

- Find out if the supplier provided regular routine equipment maintenance. How often do they service their equipment? Do they provide you with information on how to keep it clean? Do they provide disposable tubing needed on a regular basis? Are there any additional charges for this tubing?

**Remember—**

**You have the freedom of choice. If you can't get the problems resolved by your current oxygen supplier, look under "OXYGEN" in the Yellow Pages and the nearest Lincare location which can better serve your needs.**

Home | Contact | Search

Copyright 2002 Lincare. All rights reserved.

PATIENT INFORMATION


- Breathing Exercises
- Walking Exercises
- Coughing Exercises
- Relaxation Technique
- Oxygen in the Home
- Fall/Winter Advice
- Types of Oxygen
- What Should You Eat?


# Patient EDUCATION

A moderate amount of a wide variety of foods is ideal. Your physical and mental well-being depend a lot on what you eat. There are no wonder foods. The wonder is that fresh foods possess the nutrients your body needs to perform its best. Eating right can improve your general health and protect you from diseases.

**Ask your doctor which foods are best for your condition.**

Every day you should choose foods from each group:

- Milk group (2 servings)
  - milk
  - yogurt
  - cheese
  - pudding
  - ice cream
- Fruit-vegetable group (4 servings)
  - dark green leafy vegetables
  - orange vegetables
  - citrus fruits
- Meat group (2 servings)
  - meats
  - poultry
  - fish
  - eggs
- Grain group (4 servings)
  - whole grain bread
  - cereal
  - pasta

**Servings Defined**

In the MILK group a serving means:
1 cup milk, yogurt or pudding or 1 1/2 oz. cheese or 1 3/4 cup ice cream.

In the MEAT group a serving means:
3 oz. meat or 3 medium eggs (limit to three a week).

In the FRUIT AND VEGETABLE group a serving means:
1/2 cup juice or 1 piece of small fruit or 1/2 cup vegetable.

In the GRAIN group a serving means:
1 slice whole grain bread or 1/2 cup cooked cereal or pasta or 3/4 cup dry cereal.

## Are You Short Of Breath While Eating?

What you eat affects your body's ability to resist infections. How you eat is equally important: the way you eat may affect the way you breathe.
If shortness of breath interferes with the enjoyment of your meals, here are a few helpful guidelines.

- Eat slowly - pause occasionally, and put your utensils down between bites.
- Take small bites and chew thoroughly with your mouth closed.
- Eat six small meals and not three big meals a day. This meal pattern reduces the amount of oxygen you need to chew and digest each meal. There is no need to fuss over the extra meals. You can eat the servings of milk, bread, and fruit or dessert between the cooked meals.
- Breathe evenly while chewing. Take a few deep breaths if you have to.
- Instead of skipping your morning meal because of shortness of breath, drink a liquid breakfast. Here's an instant breakfast.

  **Breakfast shake**
  1 cup milk
  1/2 cup plain yogurt
  1 tablespoon honey or molasses
  1 banana, sliced
  Put all the ingredients in a blender and blend at high speed for about 10 seconds or until well mixed.

Consult your physician if you have any questions.

## Do You Feel Bloated?

Some foods make your body healthy and therefore make breathing easier. Other foods make breathing more difficult. Avoid gas-forming foods that may bloat your stomach and make breathing difficult for you.

You can determine which foods affect you by having trial periods and observing the results.

The following fruits and vegetables could possibly be gas forming:

- **Vegetables**
  - Beans, kidney
  - Beans, lima
  - Beans, navy
  - Broccoli
  - Brussels sprouts
  - Cabbage
  - Cauliflower
  - Corn
  - Cucumbers
  - Kohlrabi
  - Leeks
  - Lentils
  - Onions
  - Peas, split or black-eyed
  - Peppers, green
  - Pimentos
  - Radishes
  - Rutabagas
  - Sauerkraut
  - Scallions
  - Shallots
  - Soybeans
  - Turnips
- **Fruits**
  - Apples (raw)
  - Avocados
  - Cantaloupe
  - Honeydew melon
  - Watermelon

Consult your physician if you have any questions.

## Are You Overweight?

If you are overweight, your doctor will be happy to suggest a proper diet for your condition. Excess weight makes your heart and lungs work harder. Also, your extra body weight may be interfering with your breathing and demanding more oxygen.

**The slimmer weigh**
When you're to lose weight, you need all the help you can get. The following tips are worth bearing in mind.

**Shop slim**

1. Shop after you've eaten a satisfying meal to avoid impulsive buying of fattening foods.
2. Shop from a list and stick to it.
3. Shop only for nutritious foods:
   - Lean meats, poultry, fish and legumes
   - Whole grain breads and cereals
   - Plenty of colorful fruits and vegetables

**Cook slim**

1. Reduce fat and avoid sugar
2. Prepare lots of bulky foods:
   - At least one fresh fruit at or between each meal
   - At least two vegetables at lunch and dinner

**Eat slim**

1. Eat more slowly. Chew your foods well. This also helps you to breathe easier.
2. Take time to sit down and enjoy your meals.
3. If you nibble while you watch television, take up a hobby that will keep your hands busy and out of the cookie jar.

**Drink slim**

1. Drink less coffee, teas and colas. Caffeine can stimulate your appetite.
2. Quench thirst with water, decaffeinated coffee or herbal teas without caffeine.
3. Watch out at cocktail time.
4. Avoid sweetened juices and drinks. Try mixing fruit juice with seltzer water. Just think—one cup of apple juice has the same calories as three apples!

**Act slim**

1. Engage in physical activity regularly.
2. Find some activity you really like to do and then do a little each day. Exercise helps you lose weight faster and maintain your loss more easily. Exorcise also has a calming effect, helping you relax your muscles. You help yourself move and breathe more easily by exercising regularly.

Consult your physician if you have questions about your weight.

## Do You Feel Weak?

If your condition has make you less active than before, your muscles may be getting smaller and weaker. To rebuild your muscles, you need vitamins and minerals from fruits, vegetables and grains. You also need extra protein.

The following foods can guide you in meeting your protein needs. Each item listed contains approximately 15 grams of protein. In order to get the daily recommended amount of protein (60-75 gms.), you would need to eat 4-5 of the following items:

- 3 medium eggs (limit to once a week)
- 2 oz. natural cheese (Swiss, cheddar, etc.)
- 1/2 cup cottage cheese
- 2 cups milk or yogurt
- 4 tablespoons peanut butter or 1/2 cup peanuts
- 1 cup cooked beans (lentils, chickpeas, etc.)
- 3/4 cup cooked soybeans
- 2 cakes bean curd (tofu)
- 1/2 cup sunflower seeds

Weakness may also result from diuretics or water pills that cause the body to lose potassium. Other diuretics, however, spare your body from losing potassium. Check with your doctor. He may suggest that you need to add more potassium-rich foods to your diet.

**Foods that are high in potassium include:**

- Milk
- Orange
- Orange Juice
- Dried fruits
- Bananas
- Fresh Pineapple
- Beef
- Legumes
- Potatoes

Consult your physician if you feel weak.

## Are You Confined To Your Bed?

Conditions producing prolonged immobility can create problems. However, with adequate care, much difficulty can be avoided.

**Elimination**
Constipation becomes a problem following prolonged immobility. Careful attention to the following simple measures is important:

Fluids: Drink 6-8 glasses per day. Include juices such as cranberry juice. Check with your physician.

Diet: Eat high fiber foods such as fresh fruits and vegetables and whole grain breads and cereals.

Laxatives: Prune juice with a little lemon juice to improve its flavor aids in elimination.

**Kidney stones**
Prolonged immobility may cause calcium depletion from the bones. There are many factors that affect the proper balance between calcium and calcium depletion. Normally, weight bearing and muscle use help maintain this balance. However, during prolonged immobility and when there is no weight bearing or muscle use, calcium depletion increases in the affected bones. Certain exercises can prevent removal of calcium from bones. Ask your physician what exercises he/she recommends.

Since kidneys are the main route of calcium excretion, the depletion of calcium from bones may cause formation of calcium stones in the urinary tract.

To help avoid stone formation, a low calcium diet of about 400mg. daily is usually recommended. This low level is achieved mainly by removal of milk and dairy products from the diet.

Consult your physician if you have any questions.

# How Can You Shake The Salt Habit?

Your doctor may have suggested that you restrict your salt or sodium intake. Salt refers to sodium chloride (NaCl). When it comes to your health, the real concern is with the sodium (Na) part of salt.

Your lung condition may have put a strain on your heart. Eating excessive salt may cause your body to retain extra water and therefore increase your blood volume. Your heart then has to work harder and your breathing may become more difficult. Too much salt may also cause leg and ankle swelling.

**Here are some tips on how to enjoy eating the low-sodium way:**

1. Begin by not using salt at the table, then slowly decrease the use of salt in cooking. You'll get used to the taste.
2. Use onions, garlic and peppers in place of salt. The uses of herbs and spices are limitless—from allspice to thyme.
3. If you're uneasy about experimenting with low salt cooking, pick up a low-salt cookbook.
4. Use fresh meats and frozen vegetables. If you depend on processed foods, buy the low sodium or low salt versions.
5. Switch to lower sodium snacks like unsalted popcorn and nuts, yogurt, fruits, or crisp raw vegetables.
6. Read food labels and avoid or use sparingly products that have the word salt, sodium, Na, or soda in the first three ingredients listed.
7. Unless prescribed by your doctor, try to stay away from salt substitutes or "light" salts. Potassium has been substituted and there may be a danger of potassium overload in some people.

Sources of sodium or salt that you should limit or avoid:

- Salted or smoked meats such as ham, bologna, salt pork, bacon, sausage, corned beef, cold cuts or hot dogs.
- Food prepared in brine such as sauerkraut, pickles or olives.
- Condiments like soy sauce, steak sauce, garlic salt, onion salt, lemon pepper catsup, prepared mustard or MSG (monosodium glutamate).
- Snacks like salted popcorn, nuts, pretzels and potato chips.
- Processed foods such as prepared soups, canned vegetables, or cheeses.
- Beverages such as vegetable juices, club soda and beer.

Consult your physician if you have any questions or before making changes in your diet.

## Do You Drink Enough Liquids?

Drinking sufficient amounts of liquids helps keep your mucus thin and therefore easier to cough up. When mucus does not accumulate, your breathing is easier. Also, the chances of having infections are lessened. You should drink 6-8 glasses of fluid a day unless you have a medical

condition in which liquids should be restricted.

**What to drink**

- Water is actually our most vital nutrient and yet is often neglected. Use it as a beverage and in soups.
- Fruit juices, while not necessarily low in calories, provide essential vitamins and minerals.
- Decaffeinated coffee and decaffeinated tea may spare you most—but not all—of the adverse effects of caffeine.
- Milk is a good drink, and contains most nutrients except iron and vitamin C. Contrary to popular belief, it does not cause mucus formation or thicken saliva.

**What not to drink**

- Drinks containing alcohol are high in calories and have limited nutritional value. Too much alcohol may slow down your breathing and may inhibit your ability to cough up mucus.
- Soft drinks have no nutritional value and should not be used to increase your fluid intake, especially if you have a medical condition which requires you to restrict your calories.
- "Fruit-flavord drinks" are really sugared water with very little fruit juice in them. These sweetened drinks are not the best way to quench your thirst. The sugar actually increases the body's need for water. Fruits, though juicy, contribute insignificant amounts to your total fluid intake.

Consult your physician if you have any questions or before making changes in your diet.

## Do You Need A Multivitamin Or Mineral Supplement?

Vitamins are organic substances from living matter—plants and animals. They are required in the diet in such tiny amounts that all the needed vitamins together add up to about an eighth of a teaspoon a day. If you regularly eat a variety of fresh and not overly processed foods, the answer is "NO."

Unfortunately, you probably don't eat this way. You may, therefore, benefit from a low-potency, well-balanced multiple vitamin and mineral supplement if you:

- Habitually follow a poorly balanced diet

- Eat out of ten
- Depend on highly processed convenience foods
- Eat high fat and high sugar snacks which displace nutritious foods
- Omit meals regularly
- Frequently consume less than 1500 calories per day
- Have an illness, anemia, injury or are recovering from any of these
- Take medicines daily (e.g., certain antibiotics, anticonvulsants, diabetes drugs)
- Smoke heavily
- Have a lot of stress
- Are pregnant or take oral contraceptives
- Consume alcoholic beverages excessively

If you want to know how much you need, compare your supplement with the Recommended Daily Dietary Allowance table at the end of this document.

Purchasing bottles of individual vitamins or minerals is not a smart idea. This practice is costly and there is also the danger of overdosing. This is especially applicable to Vitamins A, D and C and to minerals like iron, zinc and copper.

Again, use only low-potency, well-balanced multiple supplements and take no more than one daily.

You may have heard that "natural" supplements are better than the so-called synthetic ones. There is no difference. The only natural vitamins are found in foods.

Supplements are most effective when taken with meals since food helps in their absorption and use by the body. Also, smaller doses are absorbed more effectively than one large dose. Therefore, a supplement with the daily dose broken down into two or three tablets is the most effective...if you can remember to take them.

Finally, supplements can never take the place of a healthy diet of fresh, unrefined and not overly processed foods.

Consult your physician if you have any questions about supplements.

## Are You Getting Enough Fiber?

Fiber is that portion of vegetables, fruits, grains and beans which passes through or digestive tract into the large intestine almost without being digested. Once in the large intestine, about half of the fiber is fermented by intestinal

bacteria.

**What fiber can do for you**

**Bowel function**
Fiber is able to absorb many times its weight in water and increase the bulk of stool. Diets higher in fiber are used to treat and prevent hemorrhoids and diverticulosis. Fiber acts like a sponge in the large intestine, drawing water into feces, making the stool larger and softer to pass. However, patients with bowel disorders should not start a high-fiber diet without first consulting their physician.

**Weight control**
Fiber itself has few, if any, calories. Many fibrous foods, especially fruits and vegetables, are themselves lower in calories. It also takes a long time to chew most of the fibrous foods. This slows down the process of eating, allowing time for the signals of "fullness" to reach your brain before you have overeaten.

**Heart disease**
Some types of dietary fiber have the ability to lower cholesterol levels in the blood. It is not yet known, however, whether this in turn will reduce the risk of heart disease.

**Diabetes**
Another recently demonstrated benefit of dietary fiber is its effect on blood-sugar levels and insulin requirements. Fiber seems to slow the absorption of carbohydrates and some carbohydrates may actually pass through the digestive tract unabsorbed.

You know that you are getting enough fiber by using your built-in feedback mechanism: your stool. Large soft stools are the result of a high fiber diet. Small, hard stools result from a diet low in fiber.

**Foods that are high in fiber include:**

- whole grain breads and cereals—bran, whole wheat, rye or pumpernickel
- fresh fruits
- fresh vegetables and salads
- legumes: chick peas, lentils, dried beans, died peas, etc.

Consult your physician if you have any questions.

Copyright 2002 Lincare. All rights reserved.

LINCARE Return to Main Page Search Contact Us

Disease Management Programs Customers & Visitors Patient Information
Employment Opportunities Products & Services Investor Relations

# PATIENT NEWSLETTERS

- Newsletters

## Newsletter

Lincare's Newsletter: The goal of Lincare News is to share timely information with clients of Lincare. The contents are selected to provide guidelines for approaching the resolution of problems, but are not intended to provided medical advice for individual problems. The latter should be obtained from your physician.

Select from the list below to read one of our newsletters.

Spring '06 (pdf format)

Topics Include:
Smoking Time and Amount Boost Risks, Spring Allergy Tips, Sleep Length May Sway Diabetes Risk, Understanding Oxygen Therapy, Sleep Related Breathing Problems Linked to Heart Disease, Red Wine May Guard Against Lung Cancer, Recipe: Banana Bread

Winter '05 (pdf format)

Topics Include:
Smoking Speeds Dementia and Alzheimer's Disease, Fish Oil May Treat Lung Disease, How to Enjoy Life with COPD, Tips on Oxygen Use, 10 Ways to Beat a Cold, Better Breathers Clubs, Helpful Hints in Going Out if You Have COPD, Recipe: Winter Crisp

Fall '05 (pdf format)

Topics Include:
COPD: When to call a doctor, Answers to Questions About Treatments for Cold and Flu, All Fruits and Veggies are Not Created Equal, Sleep Apnea's Toll on the Heart, Why Diabetes Raises the Risk of Heart Failure, New FAA Rule on Oxygen Dependent Patients and Air Travel, Commit To Quit Smoking, Recipe: Quick Mexican

Style Soup

Spring '05 (pdf format)

Topics Include:

Exercises for Chronic Obstructive Pulmonary Disease (COPD), Avoiding Weight Loss When You Have COPD, Oxygen Treatment for COPD, Pulmonary Rehabilitation for COPD, Heart Disease: Smoking and Heart Disease, Summer Tips for Allergy Relief, Recipe: Honey Spice Cake

Winter '04

Topics Include:

Red Wine Could be Good for Your Lungs, Doctors Say; Lung Cancer Risk Double in Women; Inhaled Steroids May Slow COPD; New Years Resolution: No Dieting!; High Blood Pressure and the Elderly Mind; 'Brisk, but Comfortable' A New Study Reveals the Best Pace for Your Heart; Pesto 'Fried' Chicken Recipe; Is it a Cold or the Flu?

Fall '03

Topics Include:

Medication Treatment for COPD, The American Lung Association's annual State of the Air, Hurricane Preparedness for the Respiratory Patient, Breathing Control - Stair Climbing, Air Travel with Oxygen, Candle Alert, Home Oxygen Therapy - Do's and Don'ts, Thanksgiving Sweet Potato Custard, Fall and Winter Advice for Seniors

Summer '03

Topics Include:

Surviving the Heat: Tips for the Elderly; Breathing Control, Asthma - When to Call Your Doctor; Some commonly asked questions about the use of oxygen in the home; Heart attack, Stroke & Cardiac Arrest Warning Signs; Recipe - Strawberry Sundae; Your Medicine Schedule; Summer Alert: Avoiding Congestive Heart Failure

Spring '03

Topics Include:

Indoor Air Quality, Diaphragmatic Breathing, Helpful Hints for Respiratory Patients: Grooming, Stay Young at Heart Recipe, Anxiety Stress & Panic, Day Trips from Senior Centers & Churches, Community Talk About COPD, How Much Does My Breathing Medications Cost?, Tips on Finding a Respiratory Provider That is Right for You, Central Sleep Apnea May Cause Heart Failure

Winter '03

Topics Include:
Tips on Living Well with COPD, COPD Patients and Bathing, Traveling with Medical Devices, Asthma Q and A, Diet Hints for COPD, Smoking Menthols May Cause Greater Health Risks, Damage Already Done, So Why Quit? Study Questions Drinking-Lung Cancer Link and Older Americans and Physical Activity

Winter '02

Topics Include:
Quitting Smoking and Lung Cancer, Medications Can Be Harmful if Not Used Properly, Does Cough Syrup Work?, Making the Most of Your Doctors Visit, Protection Against Pneumonia and Respiratory Infections, Breathing Exercises, Are You Short of Breath While Eating?

Fall '01

Topics Include:
COPD Patients Waking Up to a More Enjoyable Day, Do's & Don'ts for Healthy Eating With CHF, Helpful Tips for Living with COPD & Managing Medications, Worried Americans, What is Your Snore Score, What Does a Pollen Count Tell Me?, How to Deal with Outdoor Allergies

Winter '01

Topics Include:
How to Stave Off Cold & Flu Symptoms, Antihistamines May Make You Sleepy, Stroke Warning Signs, How Safe is Your Kitchen?, Losing Sleep Can Age You, Flu Tied to Heart Attacks, Making Physical Activity Part of Your Life

Spring '00

Topics Include:
Working With Your Doctor & Your Medications, Diabetes Without Needles, Consumers Turning to the Internet for Health Answers, Waking Up & the COPD Patient, Flu Shot May Reduce Risk of a Second Heart Attack, Emphysema & Chronic Bronchitis: Q & A's, One in Three Heart Attack Patients have NO Chest Pains, Back to Fighting Sids

Fall '99

Topics Include:
1.5 Mile Daily Walk Makes Old Hearts Feel Young Again, Diabetes Discovery, Do You Smoke, Vaccine Fights Brain Plaque Linked to Alzheimer's, What is an Aneurysm?, What is Sleep Apnea?, What is Corticosteroid Therapy?, Light Cigarettes Still Carry Heavy Risks, Making Physical Activity Part of Your Life.

Home | Contact | Search

Copyright 2002 Lincare. All rights reserved.

EMPLOYMENT OPPORTUNITIES





# Employment Opportunities

Lincare is a dynamic, growing company with over 800 locations in 49 states. Lincare employs over 8,000 people who share our corporate vision for quality care and service. Employment opportunities exist throughout the organization. Lincare offers competitive compensation and benefits.

- Location Map
- Available Positions
- Email us your resume



Copyright 2002 Lincare. All rights reserved.

LINCARE Return to Main Page Search Contact Us

Disease Management Programs | Customers & Visitors | Patient Information | Patient Ne
Employment Opportunities | Products & Services | Investor Relations

EMPLOYMENT OPPORTUNITIES

- Location Map
- Available Positions

# Job Opportunities at Lincare

Lincare is a dynamic, growing company with over 600 locations in 46 states. Lincare employs over 7,000 people who share our corporate vision for quality care and service. Employment opportunities exist throughout the organization. Lincare offers competitive compensation and benefits. Lincare's business operations are structured as follows:

***Corporate Office***

**Location:** Clearwater, Florida

**Functions:** Executive, Human Resources, Accounting, Accounts Payable, Purchasing, Information Systems (AS400 (RPG), Visual Basic, Windows NT, Technical Support), Marketing/Business Development, Acquisition Group.

**Contact:** Employee Relations Department, Corporate Office, Clearwater, FL.

***Centers (Operations)***

**Locations:** Over 600 patient service centers in 46 states.

**Functions:** Each of Lincare's operating centers service patients within a specified geographic area. Positions available include:

Area Manager
Center Manager
Health Care Specialist
Customer Service Representative
Service Representative
Sales Representative

**Contact:** Go to our location map to find the center nearest you.

Home | Contact | Search

Copyright 2002 Lincare. All rights reserved.

## EMPLOYMENT OPPORTUNITIES


- Location Map
- Available Positions


# Sales Representative

**Training or Education and Experience:**

College degree or equivalent. Knowledge of basic selling skills, Medicare, insurance reimbursement and accounting practices. Excellent human relations skills to interface with doctors, hospital administrators and department heads.

**Job Duties:**

Responsibilities include the following essential functions:

Establish and maintain a relationship with referral sources in the medical community. Responsible for obtaining a predetermined number of oxygen referrals per month.

Identify and develop new referral sources. Prepare for and participate in trade shows, exhibits and advertising campaigns.

Conducts in-service for referral sources educating them in the use and application of Lincare equipment.

Initiate resolution to complaints from referral sources with the appropriate management.

Prepare and submit approved plans for sales territory management. Provide marketing information to management as requested and/or made available.

Follow up on referral sources or patients to identify problems with product or services and report to management.

Assist in the preparation of sales forecasts.

Understand and provide information on

Medicare and insurance procedures, pricing information, and product information to referral sources.

Assist the centers in the assurance of clean paperwork before information is sent to reimbursement offices for billing and collection activities.

Job descriptions are written in a general way and include a sufficient number of duties to determine the level and degree of skill and responsibility required of the job.



Copyright 2002 Lincare. All rights reserved.

LINCARE Return to Main Page

Search Contact Us

Disease Management Programs | Customers & Visitors | Patient Information | Patient Ne
Employment Opportunities | Products & Services | Investor Relations

# PRODUCTS & SERVICES



- Oxygen Therapy
- Respiratory Services
- Infusion Therapy
- CPAP
- Ventilators
- NVS
- Pediatric Respiratory Services
- Patient Education & Rehabilitation

Lincare has been synonymous with state-of-the-art oxygen systems since 1965. Our reputation for 24-hour, seven-days-a-week responsiveness, expert service representatives, and professional staff testifies to our absolute commitment to provide the very best quality home respiratory service available.

Oxygen, respiratory and home infusion products and services provided by Lincare include the following:

- Oxygen Therapy
- Respiratory Services
- Infusion Therapy
- CPAP
- Ventilators
- NVS
- Pediatric Respiratory Services
- Patient Education & Rehabilitation

Home | Contact | Search

Copyright 2002 Lincare. All rights reserved.

PRODUCTS & SERVICES

- Oxygen Therapy
- Respiratory Services
- Infusion Therapy
- CPAP
- Ventilators
- NVS
- Pediatric Respiratory Services
- Patient Education & Rehabilitation

# Oxygen Therapy



Lincare responds to the needs of every patient individually by providing the oxygen system most appropriate for his or her lifestyle. Oxygen concentrators, stationary and portable liquid oxygen systems, and high pressure cylinders are provided according to the physician's prescription and with consideration for the activity level of each patient Lincare regularly monitors how well each respiratory patient follows the prescribed course of treatment, ensuring compliance with liter flow and hours of use. Regularly monitoring patient compliance increases the likelihood that patients will receive the maximum benefit from the prescribed therapy.

# Respiratory Therapy



Nebulizers, which aerosolize respiratory medications for direct deposition in the upper and lower airways, are used in the treatment of many diseases, including asthma.

The availability of unit dose respiratory medications delivered to the patient's home ensures proper dosage, prescribed solution strength, and preservation of product sterility. Lincare's unique follow-up program maximizes patient compliance.

Oxygen saturation recording, as well as carbon dioxide trending, are services Lincare can provide to assist physicians in patient management.
Suction equipment and tracheotomy supplies are provided for bronchopulmonary hygiene.

# Home Infusion Therapy

Lincare's infusion pharmacies are staffed by teams of experienced, professional clinical pharmacists that are proactively involved in monitoring patient responses and outcomes to prescribed therapies. Lincare's home infusion services are a cost-effective alternative to lengthy hospitalizations and are characterized by:

- 24-hour nursing and clinical pharmacy support
- State-of-the-art, home care-specific medication, supplies and infusion devices
- Extensive total continuous quality improvement program with customized outcome reporting
- Ongoing clinical monitoring to assure therapeutic patient outcomes
- Clinical consultative protocol and nutritional support
- Pre-discharge patient assessment and pharmacy care plan related to specifics of each treatment modality
- Coordination, analysis and trending of laboratory orders
- Therapeutic drug monitoring with pharmacokinetic consultative support
- Patient education regarding therapy, medication, and infusion device
- Pharmaceutical profile review for drug interactions, duplicities, and food incompatibilities
- Adverse effects monitoring and management

Home infusion therapy services provided by Lincare include:

- Total Parenteral Nutrition (TPN)
- Antibiotic Therapy
- Pain Management
- Hydration Therapy
- Enteral Therapy
- AIDS Related Therapies
- Inotropic Therapy
- IVIG-Immunoglobulins
- Chemotherapy
- Inhalation Therapy (Pentamidine)
- Tocolytic Therapies

# Continuous Positive Airway Pressure (CPAP)

Sleep disorders adversely affect health, mood, and energy levels. Continuous



Positive Airway Pressure (CPAP)
devices maintain open airways in patients suffering from obstructive sleep apnea by providing airflow at prescribed pressures during sleep.

Most patients receiving CPAP report better quality sleep, more energy, increased alertness, and improved cognitive function. In order for treatment modalities to be effective, patients must be compliant with their prescription. The trained professional staff at Lincare maximizes compliance through careful instruction and follow-up monitoring.

## Ventilators

Individuals with severe respiratory failure who can no longer sustain the mechanics of breathing without the assistance of a ventilator find confidence and security within Lincare's ventilator protocols. State-of-the-art equipment combined with clinical expertise and a strong commitment to education and training provide the most stable home environment for the ventilator-dependent patient.



## Noninvasive Ventilatory Support

Noninvasive ventilatory support (NVS) provides a means for physicians to intervene earlier in the progression of chronic respiratory disease. The patient advantages of the NVS program include:



- Ventilatory muscle rest
- Improved exercise tolerance
- Improved quality of sleep
- Improved cognitive function
- Decreased hospital days
- Fewer untimely hospital readmissions

The success of the program in supporting the patient and physician is achieved through appropriate patient identification, education and training, and compliance monitoring. The program employs:

- Extensive mask fitting and desensitization

- Effective clinical protocols
- Patient videos and written instructions
- Compliance checks
- Progress reports
- Utilization management information

## Pediatric Respiratory Services



Lincare's pediatric patients are cared for with special consideration for their age, level of understanding, and functional capabilities. Plans of care developed with the young patient in mind ensure that the most appropriate training and education are provided regarding therapy. Family and caregivers are included in therapy and goals.

## Patient Education and Rehabilitation



In keeping with our commitment to respiratory patients and their physicians, Lincare provides a unique home-based pulmonary rehabilitation program individualized to the patient and family. Physicians are kept informed as their patients progress toward increased independence and ability to perform self-care activities, improved psycho-social coping skills, and enhanced compliance with prescribed therapies

Home | Contact | Search

Copyright 2002 Lincare. All rights reserved.

INVESTOR RELATIONS



# Investor Relations

## Corporate Vision

The mission of Lincare is to set standards of excellence for providing respiratory care, infusion therapy and medical equipment to patients in the home. Our company's success, which is characterized by responsiveness and clinical excellence, has been founded on the dedication of our professionals to quality care. Physicians, care givers and patients trust Lincare to provide the quality care they expect and deserve.




Latest News

May 15 Lincare Holdings Inc. Announces Settlement of Investigations

Apr 24 Lincare Holdings Inc. Announces First Quarter 2006 Financial Results

Feb 13 Lincare Holdings Inc. Announces Fourth Quarter and Year Ended 2005 Financial Results

Latest SEC Filings

May 10, 2006 Quarterly Report

Mar 09, 2006 Annual Report

Apr 12, 2006 Definitive Proxy Statement

Copyright 2002 Lincare. All rights reserved.

LINCARE Return to Main Page

Search Contact Us

Disease Management Programs | Customers & Visitors | Patient Information | Patient New
Employment Opportunities | Products & Services | Investor Relations

INVESTOR RELATIONS

- Stock Information
- News Releases
- SEC Filings
- Zacks Earnings
- Fundamentals
- Covering Analysts
- Management
- Comments
- Document Request
- Current Investor Presentation
- Earnings Dates

# Investor Relations

Quote Chart Lookup

**Lincare Holdings Inc.** - NASD

| | |
|---|---|
| Last Trade | **2:30 PM ET - May 23, 2006** |
| Price | **$38.24** |
| Change | **↓ $0.27** |
| Volume | **631,600** |
| Trades | **1,164** |
| Day Low | **$38.00** |
| Day High | **$38.82** |
| 52 Week Low | **$37.60** |
| 52 Week High | **$45.53** |

Market data powered by TurboFeed
(delayed at least 15 min)

Home | Contact | Search

Copyright 2002 Lincare. All rights reserved.

LINCARE Return to Main Page

Search Contact Us

Disease Management Programs | Customers & Visitors | Patient Information | Patient Ne
Employment Opportunities | Products & Services | Investor Relations

INVESTOR RELATIONS

- Stock Information
- News Releases
- SEC Filings
- Zacks Earnings
- Fundamentals
- Covering Analysts
- Management
- Comments
- Document Request
- Current Investor Presentation
- Earnings Dates

# News Releases

Archives: 2002 | 2003 | 2004 | 2005 | 2006

**Search Our Press Releases**
You can use 'AND' and 'OR' between keywords; 'AND' applies by default.
Keywords must be four or more characters.

Keyword(s): Search

May 15, 2006
Lincare Holdings Inc. Announces Settlement of Investigations

Apr 24, 2006
Lincare Holdings Inc. Announces First Quarter 2006 Financial Results

Feb 13, 2006
Lincare Holdings Inc. Announces Fourth Quarter and Year Ended 2005 Financial Results

Jan 3, 2006
Lincare Mourns the Death of Director Frank Cary

Home | Contact | Search

Copyright 2002 Lincare. All rights reserved.

INVESTOR RELATIONS

- Stock Information
- News Releases
- SEC Filings
- Zacks Earnings
- Fundamentals
- Covering Analysts
- Management
- Comments
- Document Request
- Current Investor Presentation
- Earnings Dates

# SEC Filings

Search SEC Filings by Keyword:
You can use 'AND' and 'OR' between keywords.
Access examples of how to search documents.

Keyword(s): [ ] Search

View: **All Filings** | Annual | Quarterly | Current | Section 16 | Proxy

Date Filter
All Years

**All Filings**

| Date Filed | Filing | Description | Size | View | | |
|---|---|---|---|---|---|---|
| 05/16/06 | 8-K | Current Report | 18k | [HTML] | [PDF] | [XLS] |
| 05/10/06 | 10-Q | Quarterly Report | 370k | [HTML] | [PDF] | [XLS] |
| 04/25/06 | 8-K | Current Report | 45k | [HTML] | [PDF] | [XLS] |
| 04/12/06 | DEF 14A | Definitive Proxy Statement | 265k | [HTML] | [PDF] | [XLS] |
| 03/09/06 | 10-K | Annual Report | 1,060k | [HTML] | [PDF] | [XLS] |
| 02/14/06 | 8-K | Current Report | 63k | [HTML] | [PDF] | [XLS] |
| 02/14/06 | SC 13G/A | Amended Statement of Beneficial Ownership | 9k | [HTML] | [PDF] | [XLS] |
| | | Amended | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/14/06 | SC 13G/A | Statement of Beneficial Ownership | 16k | [HTML] | [PDF] | [XLS] |
| 02/14/06 | SC 13G/A | Amended Statement of Beneficial Ownership | 19k | [HTML] | [PDF] | [XLS] |
| 02/10/06 | SC 13G/A | Amended Statement of Beneficial Ownership | 11k | [HTML] | [PDF] | [XLS] |
| 02/09/06 | SC 13G/A | Amended Statement of Beneficial Ownership | 17k | [HTML] | [PDF] | [XLS] |
| 01/26/06 | SC 13G | Statement of Beneficial Ownership | 22k | [HTML] | [PDF] | [XLS] |
| 01/05/06 | 8-K | Current Report | 15k | [HTML] | [PDF] | [XLS] |
| 12/16/05 | 4 | Statement of Changes of Beneficial Ownership | 8k | [HTML] | [PDF] | |
| 12/02/05 | 4 | Statement of Changes of Beneficial Ownership | 6k | [HTML] | [PDF] | |
| 11/16/05 | 4 | Statement of Changes of Beneficial Ownership | 4k | [HTML] | [PDF] | |
| 11/15/05 | 4 | Statement of Changes of Beneficial | 8k | [HTML] | [PDF] | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Ownership | | | | |
| 11/10/05 | 4 | Statement of Changes of Beneficial Ownership | 6k | [HTML] | [PDF] | |
| 11/08/05 | 10-Q | Quarterly Report | 411k | [HTML] | [PDF] | [XLS] |

Next Page

You will need Adobe® Acrobat® Reader to view PDF documents.
Download a free copy from the Adobe website.

Home | Contact | Search

Copyright 2002 Lincare. All rights reserved.

INVESTOR RELATIONS



# Zacks Earnings Estimates

**Zacks Earnings Estimates Summary**
Last Updated: May 19, 2006

| Period Ending | # of Ests | Mean | High | Low | Year-Prior Actual | % Growth |
|---|---|---|---|---|---|---|
| Quarter End Jun 06 | 12 | .51 | .52 | .49 | .48 | 5.90 |
| Quarter End Sep 06 | 11 | .54 | .57 | .52 | .52 | 4.02 |
| Year End Dec 06 | 12 | 2.10 | 2.16 | 2.03 | 2.06 | 1.86 |
| Year End Dec 07 | 12 | 2.54 | 2.78 | 2.42 | 2.10 (est) | 21.01 (est) |
| Long Term Growth | 8 | 18.50% | 20.00% | 15.00% | --- | --- |



Copyright 2002 Lincare. All rights reserved.

INVESTOR RELATIONS


- Stock Information
- News Releases
- SEC Filings
- Zacks Earnings
- Fundamentals
- Covering Analysts
- Management
- Comments
- Document Request
- Current Investor Presentation
- Earnings Dates


# Investor Relations

**Lincare Holdings Inc.**
**NASD:** LNCR
**Sector:** Healthcare
**Industry:** Healthcare Facilities

market guide

BRIEF: For the three months ended 31 March 2006, Lincare Holdings Inc's revenues rose 9% to $333.6M. Net income fell 12% to $47.9M. Revenues reflect the growth in patient volumes in the core oxygen therapy business and opening of additional treatment centers. Net income was offset by increased cost of good & services, higher operating costs, an increase in selling, general & administrative expenses, increased bad debts and higher depreciation expense.

OFFICERS: John Byrnes, Chairman of the Board, Chief Executive Officer, Shawn Schabel, President, Chief Operating Officer, Paul Gabos, Chief Financial Officer,

Lincare Holdings Inc.
19387 U.S. 19 North
Clearwater, FL 33764
Phone: 1-727-530-7700
Fax: 1-727-532-9692

Sector Name: Healthcare
Industry Name: Healthcare Facilities

Employees: 8,258
Market Cap (Mil) $ : 3,715.796
Complete Financials: Mar 2006
Updated: 05/19/2006
Earnings Announcements:

Key Ratios & Statistics

| **Price & Volume** | | **Valuation Ratios** |
|---|---|---|
| Recent Price $ | 38.86 | Price/Earnings |

| | | | |
|---|---|---|---|
| 52 Week High $ | 45.53 | (TTM) | 19.20 |
| 52 Week Low $ | 37.60 | Price/Sales (TTM) | 2.87 |
| Avg Daily Vol (Mil) | 15.092 | Price/Book (MRQ) | 3.20 |
| Beta | 0.45 | Price/Cash Flow (TTM) | N/A |
| **Share Related Items** | | | |
| Mkt. Cap. (Mil) $ | 3,715.796 | | |
| Shares Out (Mil) | 95.620 | **Per Share Data** | |
| Float (Mil) | 95.300 | Earnings (TTM) $ | 2.02 |
| | | Sales (TTM) $ | 12.35 |
| **Dividend Information** | | Book Value (MRQ) $ | 12.15 |
| Yield % | N/A | | |
| Annual Dividend | 0.00 | Cash Flow (TTM) $ | 2.90 |
| Payout Ratio (TTM) % | 0.00 | | |
| | | Cash (MRQ) $ | .93 |
| **Financial Strength** | | | |
| Quick Ratio (MRQ) | 2.18 | **Mgmt Effectiveness** | |
| Current Ratio (MRQ) | 2.22 | Return on Equity (TTM) | 12.90 |
| LT Debt/Equity (MRQ) | 23.70 | Return on Assets (TTM) | 11.87 |
| Total Debt/Equity (MRQ) | 24.57 | Return on Investment (TTM) | 12.90 |
| | | **Profitability** | |
| | | Gross Margin (TTM) % | 79.06 |
| | | Operating Margin (TTM) % | 26.40 |
| | | Profit Margin (TTM) % | 15.98 |

Mil = Millions MRQ = Most Recent Quarter TTM = Trailing Twelve Months

Asterisk (*) indicates numbers are derived from Earnings Announcements

Pricing and volume data as of 05/19/2006

Home | Contact | Search

Copyright 2002 Lincare. All rights reserved.

LINCARE Return to Main Page

Search Contact Us

Disease Management Programs | Customers & Visitors | Patient Information | Patient Ne
Employment Opportunities | Products & Services | Investor Relations

INVESTOR RELATIONS

- Stock Information
- News Releases
- SEC Filings
- Zacks Earnings
- Fundamentals
- Covering Analysts
- Management
- Comments
- Document Request
- Current Investor Presentation
- Earnings Dates

# Covering Analysts

**Firm**

Banc of America Securities, LLC
Buckingham Research
CIBC World Markets Corp.
Citigroup
GARP Research Corporation
Jefferies & Co.
Lehman Brothers
Merrill Lynch
Morgan Stanley
Stifel Nicolaus & Company
Thomas Weisel Partners
UBS (US)
Wachovia Securities

Home | Contact | Search

Copyright 2002 Lincare. All rights reserved.

LINCARE Return to Main Page

Search Contact Us

Disease Management Programs | Customers & Visitors | Patient Information | Patient Ne
Employment Opportunities | Products & Services | Investor Relations

INVESTOR RELATIONS



- Stock Information
- News Releases
- SEC Filings
- Zacks Earnings
- Fundamentals
- Covering Analysts
- Management
- Comments
- Document Request
- Current Investor Presentation
- Earnings Dates

# Management

**John P. Byrnes**
*Chief Executive Officer*

**Shawn Schabel**
*President and Chief Operating Officer*

**Paul G. Gabos**
*Chief Financial Officer*

Home | Contact | Search

Copyright 2002 Lincare. All rights reserved.

LINCARE Return to Main Page

Search Contact Us

Disease Management Programs | Customers & Visitors | Patient Information | Patient Ne
Employment Opportunities | Products & Services | Investor Relations

## INVESTOR RELATIONS

- Stock Information
- News Releases
- SEC Filings
- Zacks Earnings
- Fundamentals
- Covering Analysts
- Management
- Comments
- Document Request
- Current Investor Presentation
- Earnings Dates

# Contact Us

**Lincare Holdings Inc.**
19387 U.S. 19 North
Clearwater, FL 33764
(727) 530-7700
Facsimile: (727) 532-9692

Please use the form below to submit questions or comments about the Investor Relations section of our site. We look forward to hearing from you.

Your message will be sent to the IR Department.

**Please enter a subject along with your name and e-mail address.**

Subject:

First Name:

Last Name:

E-mail Address:

**Your comments:**

**Your feedback is appreciated. Please take a second to rank our Investor Relations section.**

| | Very Poor | Poor | Average | Good | Very Good |
|---|---|---|---|---|---|
| Content: | ○ | ○ | ○ | ○ | ○ |
| Ease of Use: | ○ | ○ | ○ | ○ | ○ |
| Appearance: | ○ | ○ | ○ | ○ | ○ |
| Overall Usefulness: | ○ | ○ | ○ | ○ | ○ |

Submit Clear

Home | Contact | Search

Copyright 2002 Lincare. All rights reserved.

INVESTOR RELATIONS


- Stock Information
- News Releases
- SEC Filings
- Zacks Earnings
- Fundamentals
- Covering Analysts
- Management
- Comments
- Document Request
- Current Investor Presentation
- Earnings Dates


# Printed Materials Request

## Currently available documents

☐ Investor Kit
☐ 2003 Annual Report

## Name and Address

Prefix: First: MI: Last:

Title: Investor Type:

Organization:

Address 1:

Address 2:

City: State/Province:

Postal Code: Country:
USA

E-mail:

Shipment Method: Account Number (required for express delivery):
Postal Mail

## Optional Information

Home Phone: Fax Phone:

Work Phone: Extension:

Submit Clear Form

Home | Contact | Search

Copyright 2002 Lincare. All rights reserved.