# LINCARE HOLDINGS INC.

LINCARE

# Forward-Looking Statements

Certain statements contained in this presentation constitute forward-looking statements. Such forward-looking statements are based on management's current expectations and involve known and unknown risks, uncertainties and other factors that may cause the Company's actual results to be materially different from those expressed or implied by such forward-looking statements. Such factors include, among others, the following: general economic and business conditions, both nationally, regionally and in the healthcare industry; demographic changes; industry consolidation; regulation and/or regulatory action affecting the Company; the ability to participate in managed care provider arrangements on acceptable terms; changes in Medicare, Medicaid and other third party payor payment policies or reimbursement rates, including those resulting from a shift from traditional reimbursement to managed care plans; liability and other claims asserted against the Company; competitive conditions; technological, pharmaceutical and other improvements that increase the cost of providing, or reduce the demand for, the Company's products and services; shortages of product, equipment or supplies; a breakdown in the distribution process or other factors that may increase the Company's cost of sales; changes in business strategy or development plans; the ability to attract and retain qualified personnel, including the impact on the Company's labor expenses resulting from a shortage of health care professionals; the availability to the Company of borrowed and/or equity capital on favorable terms; the availability of suitable acquisition opportunities and the length of time it takes to accomplish acquisitions; the Company's ability to integrate new businesses with its existing operations and efficient operation of the Company's existing and future operating facilities. Certain additional risks and uncertainties are discussed in the Company's filings with the Securities and Exchange Commission, including the Company's annual report on Form 10-K and quarterly reports on Form 10-Q. Do not rely on any forward-looking statement, as the Company cannot predict or control many of the factors that ultimately may affect its ability to achieve the results estimated. The Company makes no promise to update any forward-looking statement, whether as a result of changes in underlying factors, new information, future events or otherwise.

LINCARE

# Homecare Market Characteristics

- Market Size in Excess of $8.0 Billion
  - Projected to be $12.0 Billion in 2010
- Highly Fragmented Industry
- Reimbursement Changes

LINCARE

# *Lincare*

- Largest Respiratory Provider
- Fastest Growing Respiratory Provider
- Clinical Respiratory Accreditation
- Service Over 630,000 Patients in 47 States
- 896 Operating Centers

LINCARE


Lincare Locations
896 Centers
33 Billing/Collections Offices
22 Pharmacies
LINCARE

# Financial Highlights

| ($MM) | 1Q 2006 | 1Q 2005 |
|---|---|---|
| **Net Revenues** | $333.6 | $305.2 |
| **Net Income** | 47.9 | 54.6 |
| **EPS ($/share)** | $.48 | $.51 |

Medicare Changes - $27.4 Million Revenue Reduction

SFAS No. 123R ("Share-Based Payment") Impact
- $4.3 Million Expense

LINCARE

# First Call Consensus

## 2006

| | Consensus(*) | 2005 Actual |
|---|---|---|
| Revenue | $1.40B | $1.27B |
| EPS | 2.10 | 2.06 |

(*) Source: First Call 05/08/06

LINCARE

# Medicare Rates

Inhalation Drugs:

2004: 80% of AWP + $5.00 Dispensing Fee
2005: ASP + 6% + $57.00 Dispensing Fee
2006: 1st Month – ASP + 6% + $57
In subsequent months – ASP + 6% + $33

Oxygen:

2005: Based on FEHP Rates
8.7% Reduction
2009: 36 Month Cap

LINCARE