# Core Strategy

- Increase momentum in traditional markets
  - High service levels
  - Clinical focus
  - Capitalize on uncertainty
- Focus on core respiratory market
  - Respiratory Meds
  - Oxygen
  - Sleep

LINCARE

# *Internal Growth*

- Face to Face Sales Calls
- Increased Sales Productivity
- Clinical Excellence
- Full Time Respiratory Therapists
- DeNovo Development
- Market Share Gains

LINCARE

# COPD

16 Million People with Diagnosis of COPD in the United States

- 750,000+ Hospital Admissions
- Average Admission Cost - $18,000
- Only Major Disease with Rising Incidence
- $40 Billion in Healthcare Costs

LINCARE

# *Most Common Hospitalization Reasons*

| Reason | % of Hospitalized Patients |
| --- | --- |
| Respiratory Problems | 17.2% |
| Exacerbation of Chronic Heart Failure | 7.2% |
| Wound Infection | 6.2% |
| Injury or Accident | 3.7% |
| Scheduled Surgical Procedure | 3.3% |

LINCARE


Referral Sources
Physicians
55%
Hospitals
25%
Home Health Agencies
10%
Nursing Homes
3%
HMO's
7%
LINCARE

# Payor Mix




LINCARE

# 2005 Respiratory Market Growth




(a) PTC's = Publicly Traded Companies (excluding Lincare); excludes acquisitions and Medicare price changes

Sources: Medicare BMAD file data; SEC filings

LINCARE