
2005 - 2006 Internal Growth Rates
7%
11%
10%
12%
15%
Q1 '05
Q2 '05
Q3 '05
Q4 '05
Q1 '06
LINCARE

# *Industry Drivers*

- Long "Length of Stay" (12 to 24 months)
- Rising Incidence
- Core Patient Volume Growth of 6% Per Year

LINCARE

# Home Respiratory Market Share

- Highly Fragmented Industry
- Local Market Focus
- Increasing Consolidation

**1997**




**2005**




LINCARE

# *Management Information Systems*

- Proprietary, Single Platform
- Accounts Receivable Management
- Cost Control
- Effective Selling

LINCARE

# 2005 Accounts Receivable Management




PTC's = Publicly Traded Companies (excluding Lincare)

Sources: AAH Industry Report; SEC filings

LINCARE


Breakdown of Expenditures
Payroll & Related
40%
Cost of Goods Sold
28%
Capital Expenditures
11%
Other Operating, G&A
12%
Vehicle / Facility
9%
LINCARE

# *Employees*

| | |
|---|---|
| Billing / Collections | 1,200 |
| Headquarters | 150 |
| Information Systems | 90 |
| Middle Management | 140 |
| Field | 6,820 |
| **TOTAL** | **8,400** |

LINCARE

# *Internal Leadership*

## OPERATIONS

- 140 Area Managers (Middle Management)
- 95% Managed Local Lincare Sales Effort
- Promote Within (Brightest Move Forward)
- Provides Stability and Focus

## BILLING & COLLECTIONS

- 30 Managers
- 90% Began Career at Entry Level Positions

LINCARE