# Lincare Keys to Success

- Focus on Respiratory Market
- Financial Discipline
- Acquisition Due Diligence and Integration
- Proprietary MIS Systems (single platform)
- Operating / Billing Department Separation

LINCARE

# Financial Overview

LINCARE


Cash From Operations
$500
$400
$300
$200
$100
$0
$215.0
$233.7
$287.2
$370.3
$418.9
$369.7
2000
2001
2002
2003
2004
2005
LINCARE

# Cash Flow

| ($MM) | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|
| Cash from Operations | $287.2 | $370.3 | $418.9 | $369.7 |
| Cap Ex, Net | 82.7 | 121.6 | 89.5 | 104.8 |
| Free Cash Flow | 204.5 | 248.7 | 329.4 | 264.9 |
| F.C.F. / Share | 1.86 | 2.32 | 3.07 | 2.49 |

LINCARE


Operating Performance
EBITDA ($MM)
$600
$500
$400
$300
$200
$100
$0
2000
2001
2002
2003
2004
2005
LINCARE

# Capitalization

| ($MM) | 2002 | 2003 | 2004 | 2005 | Q1 2006 |
|---|---|---|---|---|---|
| Working Capital | $ 43.0 | $ 39.9 | $ 245.4 | $ 104.9 | $138.6 |
| Total Assets | 1,198.6 | 1,431.7 | 1,721.1 | 1,666.9 | 1,720.6 |
| Long-Term Obligations(*) | 185.5 | 370.8 | 320.3 | 275.4 | 275.4 |
| Stockholders' Equity | 856.3 | 848.2 | 1,166.3 | 1,137.9 | 1,162.1 |
| Return on Average Equity | 23.9% | 27.2% | 27.1% | 18.6% | 18.1% |

(*) Includes current maturities of bank debt

LINCARE

# Summary

- Cost Effective Organization
- Strong Systems Support
- Excellent Respiratory Business
- Favorable Industry Trends
- Strong Balance Sheet
- Significant Growth Opportunities

LINCARE

LINCARE Return to Main Page

▸ Disease Management Programs ▸ Customers & Visitors ▸ Patient Information ▸ Patient News
▸ Employment Opportunities ▸ Products & Services ▸ Investor Relations

INVESTOR RELATIONS

- Stock Information
- News Releases
- SEC Filings
- Zacks Earnings
- Fundamentals
- Covering Analysts
- Management
- Comments
- Document Request
- Current Investor Presentation
- Earnings Dates

# Earnings Dates

Lincare expects to release its annual and quarterly financial results on the following dates (all releases after 4:00PM on the dates indicated):

| | |
|---|---|
| 2006 Q1 Results: | April 24, 2006 |
| 2006 Q2 Results: | July 24, 2006 |
| 2006 Q3 Results: | October 23, 2006 |
| 2006 Q4 and Annual Results: | February 12, 2007 |

Please note that Lincare does not hold scheduled conference calls to discuss its earnings releases.

Home | Contact | Search

Copyright 2002 Lincare. All rights reserved.