UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINCARE, INC.,

Plaintiff,

v. CASE NO: 8:07-cv-786-T-23MSS

JAMES DOYLE and DOYLE
RESPIRATORY, LLC,

Defendants.
_______________________________________/

**ORDER**

Thomas T. Steele moves (Doc. 34) to withdraw as counsel for the defendants. The motion is **GRANTED**. The defendants are advised that a limited liability company, like a corporation, "may appear and be heard only through counsel." Local Rule 2.03(e); see also Local Rule 2.01(a) (only lawyers admitted to practice may "appear or be heard as counsel for another"); Energy Lighting Mgmt., LLC v. Kinder, 363 F. Supp. 2d 1331, 1332 (M.D. Fla. 2005); Gilley v. Shoffner, 345 F. Supp. 2d 563, 566-67 (M.D.N.C. 2004). Accordingly, on or before **November 16, 2007**, the defendant Doyle Respiratory, LLC, shall file a notice with the Clerk informing the court of its new counsel.

ORDERED in Tampa, Florida, on October 26, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE