UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINCARE, INC.<br>Plaintiff, | : | |
| v. | : | C.A. No. 1:07-cv-00434-ML-LDA |
| JAMES DOYLE and DOYLE RESPIRATORY, LLC<br>Defendants. | : | |

**NOTICE OF APPEARANCE OF DANIEL K. KINDER AND MICHAEL D. WILLIAMS**

To the Clerk of this Court and all parties of record: please enter our appearances as counsel in this case for Plaintiff Lincare, Inc.

We certify that we are admitted to practice in this Court.

/s/ Daniel K. Kinder
Daniel K. Kinder (#2151)
dkinder@lmkbw.com

/s/ Michael D. Williams
Michael D. Williams (#6702)
mwilliams@lmkbw.com
Little Medeiros Kinder
Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Ph: (401) 272-8080
Fax: (401) 521-3555

Dated: December 20, 2007

**CERTIFICATION**

I, Michael D. Williams, hereby certify that on the 20th day of December, 2007, caused to be served via first class mail a copy of this Notice to:

Mr. James Doyle
8 Massasoit
Pawtucket, RI 02861

Doyle Respiratory, LLC
150 Main Street
Pawtucket, RI 02860

/s/ Michael D. Williams

f:\mdw\lincare\dkk and mdw notice of appearance.doc