UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LINCARE, INC.

v. CA 07-434 ML

JAMES DOYLE, et al.

MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction. In light of the Florida court's November 21, 2007 order transferring this case to this district, and that court's finding that the Defendant James Doyle is a Rhode Island resident and that the principal place of business of Doyle Respiratory, LLC is Rhode Island, Defendant's Motion to Dismiss is DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
January 3, 2008