UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINCARE, INC.

v. CA 07-434ML

JAMES DOYLE and
DOYLE RESPIRATORY, LLC

ORDER

On October 26, 2007, an Order was issued in the District of Florida granting the Motion to Withdraw of defendants' counsel. This case was transferred to the District of Rhode Island on November 21, 2007. To date, the defendants have not obtained successor counsel, no answer has been filed and plaintiff has not moved for default.

It is now ORDERED that this action will be dismissed, as to the above-named defendants, without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause why the case should not be dismissed.

DRI LR Cv 41.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
March 4, 2008

Entered as an Order of this Court on March 5, 2008

Barbara Barletta
Deputy Clerk