UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINCARE, INC.<br>Plaintiff, | : | |
| v. | : | C.A. No. 1:07-cv-00434-ML-LDA |
| JAMES DOYLE and DOYLE RESPIRATORY, LLC<br>Defendants. | : | |

**SUGGESTION OF SETTLEMENT AND GOOD CAUSE**

On March 5, 2008, this Honorable Court entered an Order requesting that the Plaintiff, Lincare, Inc. ("Lincare"), show cause as to why this matter should not be dismissed, in light of Defendants not retaining successor counsel and Plaintiff not moving for default.

Respectfully, Lincare states that the parties have been engaged in settlement negotiations for several weeks, and have recently agreed to a settlement-in-principle. The parties are presently finalizing the terms of the settlement agreement, and will soon file a Stipulation for Judgment in this action. Counsel for Lincare has today advised Rhode Island counsel for Defendants to enter his appearance in this action, so that the Stipulation can be formally executed by all parties and entered. Therefore, because settlement is imminent and the parties will soon file a Stipulation for Judgment resolving this action, Lincare respectfully suggests that good cause exists for this action to not be dismissed.

Counsel in this action welcome any inquiries from this Honorable Court into the status of their negotiations, and stand prepared to act in any way the Court deems necessary to allow for the negotiated resolution of this action.

/s/ Michael D. Williams
Michael D. Williams (#6702)
mwilliams@lmkbw.com
Little Medeiros Kinder
Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Ph: (401) 272-8080
Fax: (401) 521-3555

Dated: March 18, 2008

**CERTIFICATION**

I, Michael D. Williams, hereby certify that on the 18th day of March, 2008, caused to be served via email a copy of the above to:

William Gillen, Esq.
WGillen@gray-robinson.com
GRAYROBINSON, P.A.
201 North Franklin Street, Suite 2200
P.O. Box 3324 (33801-3324)
Tampa, Florida 33602
(813) 273-5000 office
(813) 273-5145 fax

Francis D. Parisi, Esq.
fparisi@plapc.com
PARISI LAW ASSOCIATES, P.C.
202 Broadway
Providence, RI 02903
(401) 941-7800 office
(401) 831-8387 fax

/s/ Michael D. Williams

f:\mdw\lincare\suggestion of settlement and good cause.doc