**UNITED STATES OF AMERICA**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LINCARE, INC.<br>Plaintiff, | : | |
| v. | : | C.A. No. 1:07-cv-00434-ML-LDA |
| JAMES DOYLE and DOYLE RESPIRATORY, LLC<br>Defendants. | : | |

## NOTICE OF APPEARANCE OF FRANCIS D. PARISI

To the Clerk of this Court and all parties of record: please enter my appearances as counsel in this case for the Defendants James Doyle and Doyle Respiratory, LLC.

I certify that I am admitted to practice in this Court.

/s/ Francis D. Parisi

Francis D. Parisi, Esq. (#4714)
Parisi Law Associates P.C.
202 Broadway
Providence, RI 02903
Office: (401) 941-7800
Fax: (401) 831-8387

## CERTIFICATION

I, Francis D. Parisi, hereby certify that on the 27th day of March, 2008, caused to be served via first class mail a copy of this Notice to:

Daniel K. Kinder (#2151)
Michael D. Williams (#6702)
Little Medeiros Kinder
Bulman & Whitney P.C.
72 Pine Street
Providence, RI 02903

William Gillan, Esq.
John Anthony, Esq.
GrayRobinson, P.A.
201 North Franklin Street, Suite 2200
P.O. Box 3324
Tampa, FL 33602

/s/ Francis D. Parisi