**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

LINCARE INC., a Delaware corporation,

Plaintiff,

vs. C.A. NO. 07-434 ML

JAMES DOYLE and
DOYLE RESPIRATORY, LLC.,

Defendants.
________________________________________/

**STIPULATION FOR JUDGMENT**

Come now the Plaintiff, Lincare Inc. ("Lincare"), and Defendants, James Doyle and Doyle Respiratory, LLC (collectively "Doyle"), by and through their undersigned attorneys, and stipulate as follows:

1. On or about May 7, 2007, Lincare initiated this action against Doyle for injunctive relief and damages arising from a contractual relationship between the parties. The damages claims included claims for statutory and contractual attorney's fees and costs.

2. This action was originally filed in the United States District Court, Middle District of Florida, Tampa Division, but was transferred to this Court following the entry of an Order in the Middle District of Florida granting Defendants' Dispositive Motion to Transfer Venue.

3. Lincare and Doyle wish to resolve their differences as set forth herein.

4. The parties agree that Lincare shall recover from Doyle the sum of $71,000.00, inclusive of attorney's fees, costs and interest.

5. James Doyle and Doyle Respiratory, LLC will keep confidential any "proprietary and confidential information" as that term is defined and used in paragraph 7 of the prior Employment Agreement between the parties. A copy of paragraph 7 of the Employment Agreement, as well as the first page and the signature page of the Agreement, are attached hereto as Exhibit "A".

6. It is understood and agreed among the parties that this stipulated judgment satisfies any and all claims brought by Lincare against Doyle in this action.

7. This stipulated judgment may be executed and delivered in (a) one or more counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one and the same instrument, and/or (b) by facsimile, in which case (i) the instrument so executed and delivered shall be binding and effective for all purposes, and (ii) the parties shall nevertheless exchange substitute hard copies of such facsimile instruments as soon thereafter as practicable, (but the failure to do so shall not affect the validity of the instruments executed and delivered by facsimile).

8. This stipulated judgment shall be binding upon, inure to the benefit of, and be enforceable by the parties and their respective successors and assigns.

9. The parties acknowledge that they have consulted with their respective attorneys regarding this stipulated judgment.

10. A proposed Order Approving Stipulation for Judgment is attached hereto as Exhibit "B" for execution by the Court.

Dated this 28th day of March, 2008.

*/s/ Francis D. Parisi*
Francis D. Parisi (#4714)
fparisi@plapc.com
Parisi Law Associates, P.C.
202 Broadway
Providence, RI 02903
(401) 941-7800
(401) 831-8387 – facsimile

***Attorney for James Doyle and Doyle Respiratory, LLC***

*/s/ Daniel K. Kinder*
Daniel K. Kinder (#2151)
dkinder@lmkbw.com

*/s/ Michael D. Williams*
Michael D. Williams (#6702)
mwilliams@lmkbw.com

Little Medeiros Kinder
Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080
(401) 521-3555 – facsimile

***Attorneys for Lincare Inc.***