**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

LINCARE INC., a Delaware corporation,

Plaintiff,

vs. CASE NO. 07-434 ML

JAMES DOYLE and
DOYLE RESPIRATORY, LLC.,

Defendants.
_______________________________________/

**ORDER APPROVING STIPULATION FOR JUDGMENT**

THIS MATTER having come before the Court on the parties' Stipulation for Judgment, the Court having read the Stipulation, and the Court being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED that the Stipulation for Judgment is approved and made an Order of the Court.

DONE AND ORDERED in Chambers this ____ day of ____________, 2008.

_________________________________
Mary M. Lisi
Chief United States District Judge